Order filed November 10, 2015



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00932-CV

_____

## In the Interest of D.J.H., a Child

---

**On Appeal from the County Court**
**Austin County, Texas**
**Trial Court Cause No. 2013L-5811**

---

## ORDER

This is an accelerated appeal from a judgment in a suit affecting the parent child relationship filed by a government entity for managing conservatorship.

The notice of appeal was filed October 30, 2015, by the Texas Department of Family and Protective Services. The clerk's record and the reporter's record were due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The records have not been filed. This court has been informed that the records were not filed because appellant has not filed a designation of the clerk's record or requested preparation of the reporter's record.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Accordingly, we issue the following order:

We order appellant to provide proof **on or before November 16, 2015,** that a designation of the clerk's record has been filed and a request for preparation of the reporter's record, if any, has been made or the court will consider dismissal of this appeal for want of prosecution.


PER CURIAM